IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KHALED ABU MOUNSHAR, | : | |
| | : | CIVIL ACTION |
| v. | : | NO.   15-4168 |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | |

## **ORDER**

AND NOW, this   26th day of July, 2016, upon consideration of the motion for summary judgment by defendants City of Philadelphia and Officer Robert Caban (Dkt. No. 16), plaintiff Khaled Abu Mounshar's response (Dkt. No. 17) and plaintiff's Supplemental Response (Dkt. No. 18), it is ORDERED that the Motion is DENIED.

  s/   *Thomas N. O'Neill, Jr.*
THOMAS N. O'NEILL, JR., J.